AO 91 (Rev. 11/11)  Criminal Complaint

# UNITED STATES DISTRICT COURT
for the

District of Oregon

| | |
|---|---|
| United States of America | ) |
| v. | ) |
| Joseph Franklin SMITH | ) Case No.  3:20-mj-00144 |
| | ) |
| | ) |
| | ) |
| | ) |
| *Defendant(s)* | |

## CRIMINAL COMPLAINT
## BY TELEPHONE OR OTHER RELIABLE ELECTRONIC MEANS

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of    March 24, 2020    in the county of    Marion    in the

District of    Oregon    , the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. § 922(g)(1) | Felon in Possession of a Firearm |
| 18 U.S.C. § 924(c)(1)(a) | Using and Carrying of a Firearm During and in Relation to Drug Trafficking Crime |
| 21 U.S.C. § 841(a)(1) | Possession with Intent to Distribute Methamphetamine |
| 21 U.S.C. § 841(a)(1) | Possession with Intent to Distribute Heroin |

This criminal complaint is based on these facts:

See Affidavit of ATF Special Agent Caleb Enk, attached hereto and incorporated by reference.

☑ Continued on the attached sheet.

By Phone
*Complainant's signature*

Caleb Enk - ATF Special Agent
*Printed name and title*

Attested to by the applicant in accordance with the requirements of Fed. R. Crim. P. 4.1 by telephone at   11:47    a.m./p.m.

Date:    06/29/2020

*Youlee Yim You*
*Judge's signature*

City and state:    Portland, Oregon    Hon. Youlee Yim You, U.S. Magistrate Judge
*Printed name and title*